UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUSTIN GOLDMAN,<br><br>Plaintiff,<br><br>-v-<br><br>NEW 11 LLC et al.,<br><br>Defendants. | 26-CV-4022 (JMF)<br><br><u>ORDER OF DISMISSAL</u> |

JESSE M. FURMAN, United States District Judge:

The Complaint in this action was filed on May 13, 2026. On September 28, 2026, the Court ordered Plaintiff to show good cause in writing why service of the summons and Complaint was not made within the 90 days prescribed by Rule 4(m) of the Federal Rules of Civil Procedure — or, if Plaintiff believed service had been made, to demonstrate when and in what manner service *was* made within the 90 days. *See* ECF No. 7. The Court notified Plaintiff that if he did not show good cause — or file anything — by September 28, 2026, the Court would dismiss the Complaint. *Id.* Plaintiff did not file anything by the deadline.

Accordingly, the Complaint is DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case. As Plaintiff previously consented to receive electronic notice via the ECF system, *see* ECF No. 4, there is no need to mail a copy of this Order to him.

SO ORDERED.

Dated: October 2, 2026
New York, New York

JESSE M. FURMAN
United States District Judge